## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT COURT OF MARYLAND

---

**MICHAEL HENLEY,**

    **Plaintiff,**

v.                                                 Case No. 1:24-cv-1291

**HLF PROPERTIES, LLC et al,**

    **Defendant.**

---

### STIPULATION OF DISMISSAL

---

Plaintiff Michael Henley, through his undersigned counsel, hereby stipulates to the dismissal of the action with prejudice pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, with costs taxed as paid.

Respectfully submitted this November 05, 2024.

| | |
|---|---|
|         /S/ |         /S/ |
| C. James Terry (#30894) | Robert L. Ferguson, Jr. (00777) |
| THE LAW OFFICE OF C. JAMES TERRY, LLC | FERGUSON, SCHETELICH & BALLEW, P.A. |
| 20 S. Charles Street, Suite 400 | 100 S. Charles Street, Suite 1401 |
| Baltimore, MD, 21201 | Baltimore, MD 21201 |
| 410-699-0558 | 410-837-2200 |
| c.james@terryatlaw.com | rferguson@fsb-law.com |
| *Attorney for Plaintiff* | *Attorney for Defendant Joppa Chicken, LLC* |

        /S/
Roger R. Munn, Jr., Esquire (024979)
Megan T. Mantzavinos, Esquire (16416)
MARKS, O'NEILL, O'BRIEN,
DOHERTY & KELLY, P.C.
600 Baltimore Avenue, #305
Towson, Maryland 21204
(410) 339-6880
rmunn@moodklaw.com
mmantzavinos@moodklaw.com
*Attorney for Defendant HLF Properties, LLC*